# United States Court of Appeals for the Fifth Circuit

———————

No. 24-20365
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
October 6, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ALBERTO RAMOS,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CR-69-1

———————————————————

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

Alberto Ramos appeals his convictions for conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and aiding and abetting the possession with intent to distribute 50 grams or more of

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-20365

methamphetamine, in violation of § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

First, Ramos argues that the Government improperly bolstered and vouched for the testimony of a codefendant during the Government's examination of that witness and its rebuttal closing argument. However, Ramos has not demonstrated any plain error related to the Government's questions and remarks. *See Puckett v. United States*, 556 U.S. 129, 135 (2009); *United States v. Wilson*, 143 F.4th 647, 664 (5th Cir. 2025); *United States v. Wyly*, 193 F.3d 289, 299 (5th Cir. 1999).

Second, Ramos asserts that the district court erred when it limited his cross-examination of a codefendant regarding prior specific instances of conduct. However, he has not shown that the district court abused its discretion in sustaining the Government's objections to his questions under Federal Rule of Evidence 608(b). *See* FED. R. EVID. 608(b); *United States v. Heard*, 709 F.3d 413, 433 (5th Cir. 2013); *United States v. Skelton*, 514 F.3d 433, 438, 443-44 (5th Cir. 2008).

The judgment of the district court is AFFIRMED.